# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 25, 2023

Robert Seungchul Chang
Ronald A Peterson Law Clinic - Seattle WA
901 12TH AVE
SEATTLE, WA 98122

Gabriel J. Chin
University of California at Davis
King Hall Civil Rights Clinic
400 MARK HALL DR
DAVIS, CA 95616-5201

Rose Cuison-Villazor
Rutgers Law School
217 N 5TH ST
CAMDEN, NJ 08102-1203

Ashley Gorski
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Elizabeth Koo
Asian American Legal Defense and Education Fund
99 HUDSON ST 12TH FLOOR
NEW YORK, NY 10013

Bethany Y. Li
Asian American Legal Defense and Education Fund
99 HUDSON ST 12TH FLOOR
NEW YORK, NY 10013

Derek L. Shaffer
Quinn Emanuel Urquhart & Sullivan, LLP
1300 EYE ST NW STE 900
WASHINGTON, DC 20005

Sarah Taitz
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Haiyan Tang
Quinn Emanuel Urquhart & Sullivan, LLP
1300 EYE ST NW STE 900
WASHINGTON, DC 20005

Daniel Boaz Tilley
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Patrick Toomey
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Nicholas Warren
ACLU Foundation of Florida, Inc.
336 E COLLEGE AVE STE 203
TALLAHASSEE, FL 32301

Cody Wofsy
ACLU Immigrant's Rights Project
39 DRUMM ST
SAN FRANCISCO, CA 94111

Razeen Zaman
Asian American Legal Defense and Education Fund
99 HUDSON ST 12TH FLOOR
NEW YORK, NY 10013

Keliang Clay Zhu
DeHeng Law Offices
7901 STONERIDGE DR STE 208
PLEASANTON, CA 94588

Appeal Number:  23-12737-B
Case Style:  Yifan Shen, et al v. Commissioner, Florida Department of Agriculture, et al
District Court Docket No:  4:23-cv-00208-AW-MAF

**CIVIL DOCKETING NOTICE**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements

Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **08/23/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation

If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements

Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2.  Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing