No. 23-12737

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

YIFAN SHEN, et al.,

*Plaintiffs–Appellants,*

v.

WILTON SIMPSON, in his official capacity as
Florida Commissioner of Agriculture, et al.,

*Defendants–Appellees.*

On Appeal from the United States District Court
for the Northern District of Florida, No. 4:23-cv-208 (Winsor, A.)

**PLAINTIFFS–APPELLANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Ashley Gorski
Patrick Toomey
Sarah Taitz
Omar Jadwat
Sidra Mahfooz
Noor Zafar
**AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org

Cody Wofsy
**AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111

Keliang (Clay) Zhu
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer
**QUINN EMANUEL URQUHART &
   SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

Bethany Y. Li
Elizabeth Koo
Razeen Zaman

(415) 343-0770
cwofsy@aclu.org

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*Attorneys for Plaintiffs–Appellants*

Case No.: 23-12737 *Shen, et al., v. Simpson, et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Plaintiffs–Appellants certify that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. American Civil Liberties Union Foundation, *Attorney for Plaintiffs– Appellants*

2. American Civil Liberties Union Foundation of Florida, *Attorney for Plaintiffs–Appellants*

3. Anti-Racism Center of LMU Loyola Law School, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

4. Aoki Center for Critical Race and Nation Studies at UC Davis School of Law, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

5. Arkansas, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

6. Asian Americans Advancing Justice – Asian Law Caucus, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

7. Asian Americans Advancing Justice Atlanta, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

8. Asian American Legal Defense & Education Fund, *Attorney for Plaintiffs–Appellants*

9. Asian American Women's Political Initiative, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

10. Asian Law Alliance, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

11. Asian Pacific American Bar Association of Tampa, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

12. Bailey, Andrew, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

13. Bell, Daniel William, *Attorney for Defendants–Appellees*

14. Boston University Center for Antiracist Research, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

15. Butler, Steve, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

16. Carr, Christopher M., *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

17. Center for Civil Rights and Racial Justice at the University Pittsburgh School of Law, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

18. Center for Immigration Law, Policy, and Justice at Rutgers Law School, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

19. Center for Civil Rights and Racial Justice at the University Pittsburgh School of Law, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

20. Chang, Robert Seungchul, *Attorney for Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

21. Chin, Gabriel J., *Attorney for Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

22. Chinese for Affirmative Action, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

23. Clarke, Kristen, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

24. Conference of Asian Pacific American Law Faculty, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

25. Coody, Jason R, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

26. Costello, David M., *Attorney for Defendants–Appellees*

27. Cuison-Villazor, Rose, *Attorney for Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

28. DeHeng Law Offices, PC, *Attorney for Plaintiffs–Appellants*

29. Formello, John M., *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

30. Idaho, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

31. Indiana, State of, *Amici Curiae Brief of the State of Idaho, et al.,*

32. Fitch, Lynn, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

33. Fitzgerald, Patricia, *Defendant–Appellee*

34. Florida Attorney General's Office, *Attorney for Defendants–Appellee*

35. Florida Office of the Solicitor General, *Attorney for Defendants–Appellee*

36. Forrester, Nathan Andrew, *Attorney for Defendants–Appellee*

37. Fred T. Korematsu Center for Law and Equality at Seattle University School of Law, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

38. Georgia, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho*

39. Gorski, Ashley Marie, *Attorney for Plaintiffs–Appellants*

40. Griffin, Tim, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

41. Handberg, Roger B., *Attorney for U.S. Department of Justice, United States' Statement of Interest*

42. Harwell Jr., Lacy R., *Attorney for U.S. Department of Justice, United States' Statement of Interest*

43. Hispanic National Bar Association, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

44. Jackley, Marty J., *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

45. Japanese American Citizens League, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

46. Jarwala, Alisha, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

47. Kelly, J. Alex, *Defendant–Appellee*

48. Knudsen, Austin, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

49. Koo, Elizabeth L., *Attorney for Plaintiffs–Appellants*

50. Labrador, Raul R., *Attorney for Amici Curiae Brief of the State of Idaho, et al.*

51. Lapointe, Markenzy, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

52. Larizza, R.J., *Defendant*

53. Latino Justice PRLDEF, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

54. Lee, Dexter, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

55. Li, Bethany Yue-Ping, *Attorney for Plaintiffs–Appellants*

56. Liu, Yongxin, *Plaintiff–Appellant*

57. Longfield, Timothy J., *Attorney for Amici Curiae Brief of the State of Idaho, et al.*

58. Maurer, Michael S., *Attorney for U.S. Department of Justice, United States' Statement of Interest*

59. Mississippi, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

60. Missouri, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

61. Montana, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

62. Moody, Ashley, *Attorney for Defendants–Appellees*

63. Multi-Choice Realty, LLC, *Plaintiff–Appellant*

64. National Asian Pacific American Bar Association, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

65. New Hampshire, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

66. Nordby, Daniel E., *Attorney for Defendants–Appellees*

67. North Dakota, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

68. Pagnucco, Carrie, *Attorney for U.S. Department of Justice, United States' Statement of Interest*

69. Quinn Emanuel Urquhart & Sullivan, LLP, *Attorney for Plaintiffs– Appellants*

70. Reyes, Sean, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

71. Rodriguez, Madeleine Kristine, *Attorney for Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

72. Rokita, Theodore E., *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

73. Rundle, Katherine Fernandez, *Defendant*

74. Sayler, Erik Louis, *Attorney for Defendants–Appellees*

75. Schenck, Robert Scott, *Attorney for Defendants–Appellees*

76. Shaffer, Derek Lawrence, *Attorney for Plaintiffs–Appellants*

77. Shen, Yifan, *Plaintiff–Appellant*

78. Shutts & Bowern, LLP, *Attorney for Defendants–Appellees*

79. Simpson, Wilton, *Defendant–Appellee*

80. South Carolina, State of, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

81. South Dakota, State of, *Amicus Curiae, Amicus Curiae Brief of the State of Idaho, et al.*

82. South Asian Bar Association of North America, *Amicus Curiae, Amici Curiae Brief of Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations*

83. Taitz, Sarah Michelle, *Attorney for Plaintiffs–Appellants*

84. Tang, Haiyan, *Attorney for Plaintiffs–Appellants*

85. Tilley, Daniel Boaz, *Attorney for Plaintiffs–Appellants*

86. Toomey, Patrick Christopher, *Attorney for Plaintiffs–Appellants*

87. Turner, Joshua Nathaniel, *Attorney for Amici Curiae Brief of the State of Idaho, et al.*

88. U.S. Department of Justice, *United States' Statement of Interest*

89. Utah, State of, *Amici Curiae Brief of the State of Idaho, et al.*

90. Wang, Xinxi, *Plaintiff–Appellant*

91. Warren, Nicholas, *Attorney for Plaintiffs–Appellants*

92. Whitaker, Henry Charles, *Attorney for Defendants–Appellees*

93. Wilson, Alan, *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

94. Winsor, Hon. Allen, *District Court Judge for the Northern District of Florida and District Court Judge in the Above-Captioned Case*

95. Wofsy, Cody H., *Attorney for Plaintiffs–Appellants*

96. Wold, Theodore J., *Attorney for Amicus Curiae Brief of the State of Idaho, et al.*

97. Worrell, Monique H., *Defendant*

98. Wrigley, Drew H., *Amicus Curiae, Amici Curiae Brief of the State of Idaho, et al.*

99. Xu, Zhiming, *Plaintiff–Appellant*

100. Zaman, Razeen J., *Attorney for Plaintiffs–Appellants*

101. Zhu, Keliang, *Attorney for Plaintiffs–Appellants*

Plaintiffs–Appellants further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal. Plaintiffs–Appellants certify that Multi-Choice Realty, LLC has no parent corporation, and no

publicly held corporation owns 10% or more of its stock. The remaining Plaintiffs–Appellants are individual persons.

Dated: September 5, 2023                    */s/ Ashley Gorski*
                                                        Ashley Gorski
                                                        American Civil Liberties Union
                                                           Foundation

                                                       *Attorney for Plaintiffs–Appellants*