Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: No. 23-12737

| Caption: | District and Division: U.S. District Court for the Northern District of Florida Tallahassee Division |
|---|---|
| YIFAN SHEN, et al., Plaintiffs-Appellants, | Name of Judge: Judge Allen Winsor |
| | Nature of Suit: 440 Civil Rights: Other |
| | Date Complaint Filed: 05/22/2023 |
| | District Court Docket Number: Case No. 4:23-cv-208-AW-MAF |
| v. | Date Notice of Appeal Filed: 08/21/2023 |
| | ☐ Cross Appeal   ☐ Class Action |
| WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, et al., Defendants-Appellees | Has this matter previously been before this court? ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a)   Caption: _____ |
| | (b)   Citation: _____ |
| | (c)   Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached addendum | | |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See attached addendum | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | |
| ☐ US Plaintiff | | ☐ Summary Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $_____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☑ Preliminary   ☐ Granted<br>☐ Permanent   ☑ Denied |
| | ☐ Final Agency Action (Review) | ☑ Injunction | |
| | ☐ 54(b) | ☐ Other _____ | |

Page 2                                                          11th Circuit Docket Number:  No. 23-12737

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression?    ☑ Yes    ☐ No
       What is the issue you claim is one of First Impression?  The lawfulness of Florida Senate Bill 264, codified at Fla. Stat. §§ 692.201, 692.203–.204.

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑ Yes    ☐ No

       If Yes, provide
       (a)  Case Name/Statute  Fla. Stat. §§ 692.201, 692.203–.204
       (b)  Citation  Fla. Stat. §§ 692.201. 692.203–.204
       (c)  Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)  Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☑ No
       (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☑ No

       If Yes, provide
       (a)  Case Name _____
       (b)  Citation _____
       (c)  Docket Number if unreported _____
       (d)  Court or Agency _____

(4)    Will this appeal involve a conflict of law
       (a)  Within the Eleventh Circuit?    ☐ Yes    ☑ No
       (b)  Among circuits?    ☐ Yes    ☑ No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       (1) Whether plaintiffs are likely to succeed on claims that (a) SB 264 violates
       the Fair Housing Act by discriminating on the basis of national origin and
       race; (b) SB 264 violates the Equal Protection Clause by discriminating on
       the basis of national origin, alienage, race, and ethnicity; (c) SB 264 is
       preempted by federal law; and (d) SB 264 is unconstitutionally vague;
       (2) whether SB 264 causes Plaintiffs irreparable harm; and
       (3) whether the balance of equities favors a preliminary injunction.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  5  DAY OF  September , 2023 .

Ashley Gorski                                                    /s/Ashley Gorski
NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL