# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. __23-12737__

__Yifan Shen__ vs. __Commissioner, Florida Department of Agriculture, et al__

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

__See Annexed List of Amici Curiae__

These individuals/entities are:

☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
☐ appellee(s)    ☐ respondent(s)   ☑ amicus curiae

☐ The following related or similar cases are pending in this court:

☑ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: __Florida__    State Bar No.: __115796__

Signature: __/s/ Madeleine Rodriguez__
Name (type or print): __Madeleine Rodriguez__    Phone: __(617) 832-1720__
Firm/Govt. Office: __Foley Hoag LLP__    E-mail: __mrodriguez@foleyhoag.com__
Street Address: __155 Seaport Boulevard__    Fax: __(617) 832-7000__
City: __Boston__    State: __MA__    Zip: __02210__

Revised 12/21

**The clerk will enter my appearance for these named amici curiae:**

*Racial Justice Centers:*

Fred T. Korematsu Center for Law and Equality at Seattle University School of Law;

Center for Immigration Law, Policy and Justice at Rutgers Law School;

Aoki Center for Critical Race and Nation Studies at UC Davis School of Law;

Center on Race, Inequality, and the Law at New York University School of Law;

Boston University Center for Antiracist Research; and

Center for Civil Rights and Racial Justice at the University of Pittsburgh School of Law.

*Affinity Bar/Professional Associations:*

Asian Pacific American Bar Association of Tampa Bay;

Asian Pacific American Bar Association of South Florida;

Conference of Asian Pacific American Law Faculty;

Florida Muslim Bar Association;

Greater Orlando Asian American Bar Association;

Hispanic National Bar Association;

Jacksonville Asian American Bar Association;

National Asian Pacific American Bar Association;

National Filipino American Lawyer Association; and

South Asian Bar Association of North America.

*Civil Rights and Other Advocacy Organizations:*

18 Million Rising;

Asian Americans Advancing Justice – Asian Law Caucus;

Asian Americans Advancing Justice – Atlanta;

Asian Americans Advancing Justice – Chicago;

Asian Americans Advancing Justice – Southern California;

AAPI Equity Alliance;

Asian American Women's Political Initiative;

Asian Law Alliance;

Chinese for Affirmative Action;

LatinoJustice PRLDEF;

National Korean American Service & Education Consortium; and

Stop AAPI Hate.