# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12737

_____

YIFAN SHEN,
ZHIMING XU,
indviduals,
XINXI WANG,
YONGXIN LIU,
an individual,
MULTI-CHOICE REALTY LLC,
a Limited Liability Corporation,

                                                                 Plaintiffs-Appellants,

*versus*

COMMISSIONER, FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
SECRETARY, FLORIDA DEPARTMENT OF ECONOMIC

2  Order of the Court  23-12737

OPPORTUNITY,
CHAIR, FLORIDA REAL ESTATE COMMISSION,
STATE ATTORNEY, 7TH JUDICIAL CIRCUIT,
STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00208-AW-MAF

_____

ORDER:

Appellants' "Motion for Leave to Exceed Word Limit" is GRANTED to the extent that they are granted leave to file the "Motion for Injunction Pending Appeal and Motion for Expedited Appeal" docketed in this case on August 26, 2023.

Appellees' "Motion to Strike Plaintiffs' Motion for Injunction Pending Appeal" is DENIED.

Appellants' "Motion for Injunction Pending Appeal and Motion for Expedited Appeal" is HELD IN ABEYANCE. Appellees are DIRECTED to file their response to the motion within 14 days

after the date of this order. The response is not to exceed 6,250 words.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION