No. 23-12737

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

YIFAN SHEN, et al.,

*Plaintiffs–Appellants,*

v.

WILTON SIMPSON, in his official capacity as
Florida Commissioner of Agriculture, et al.,

*Defendants–Appellees.*

On Appeal from the United States District Court
for the Northern District of Florida, No. 4:23-cv-208 (Winsor, A.)

## NOTICE TO THE COURT CONCERNING
## PLAINTIFF–APPELLANT ZHIMING XU

Ashley Gorski
Patrick Toomey
Shaiba Rather
Omar Jadwat
Sidra Mahfooz
Noor Zafar
**AMERICAN CIVIL LIBERTIES
　UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org

Keliang (Clay) Zhu
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer
**QUINN EMANUEL URQUHART &
　SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

*(list of counsel continued on next page)*

Cody Wofsy
**AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Bethany Y. Li
Elizabeth Koo
Razeen Zaman
**ASIAN AMERICAN LEGAL
    DEFENSE AND EDUCATION
    FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*Attorneys for Plaintiffs–Appellants*

## NOTICE TO THE COURT CONCERNING PLAINTIFF–APPELLANT ZHIMING XU

Plaintiff Zhiming Xu, through undersigned counsel, writes to inform the Court that he intends to proceed with the closing for his contracted-for home, which is scheduled for Tuesday, November 28, 2023. The seller of the property, Lennar Homes LLC, has refused to further delay the closing.

Mr. Xu previously intended to cancel his contract if he failed to obtain an injunction against the enforcement of SB 264. *See* App. 120. Although Plaintiffs' Time-Sensitive Motion for an Injunction Pending Appeal is still pending before the Court, *see* Dkt. No. 4-1, the seller's refusal to delay the closing past November 28 has left Mr. Xu in an impossible position. He faces the prospect of losing both his $31,250 deposit and the unique property for which he contracted. Ultimately, after much consideration, Mr. Xu has decided that he wishes to proceed with the transaction, notwithstanding the substantial risks resulting from SB 264's unconstitutionally vague terms and his fear that the law will be enforced against him.

Mr. Xu continues to respectfully request that the Court enjoin the enforcement of SB 264 pending appeal, *see* Dkt. Nos. 4-1 & 48, and reverse the district court's denial of Plaintiffs' motion for a preliminary injunction, *see* Dkt. Nos. 38 & 51.

Dated: November 27, 2023

Respectfully submitted,

/s/ Ashley Gorski

Keliang (Clay) Zhu
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

Bethany Y. Li
Elizabeth Koo
Razeen Zaman
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Ashley Gorski
Patrick Toomey
Shaiba Rather
Omar Jadwat
Sidra Mahfooz
Noor Zafar
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org

Cody Wofsy
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

*Attorneys for Plaintiffs–Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, the foregoing was filed electronically with the Clerk of Court through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

Dated: November 27, 2023

/s/ Ashley Gorski
Ashley Gorski
American Civil Liberties Union
   Foundation

*Attorney for Plaintiffs–Appellants*

3