No. 23-12737

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Yifan Shen, et al.,

*Plaintiffs–Appellants,*

v.

Wilton Simpson, in his official capacity as
Florida Commissioner of Agriculture, et al.,

*Defendants–Appellees.*

On Appeal from the United States District Court
for the Northern District of Florida, No. 4:23-cv-208 (Winsor, A.)

# NOTICE TO THE COURT CONCERNING
# PLAINTIFF–APPELLANT YIFAN SHEN

Ashley Gorski
Patrick Toomey
Shaiba Rather
Omar Jadwat
Sidra Mahfooz
Noor Zafar
**AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org

Keliang (Clay) Zhu
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer
**QUINN EMANUEL URQUHART &
  SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

*(list of counsel continued on next page)*

Cody Wofsy
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Bethany Y. Li
Elizabeth Koo
Razeen Zaman
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*Attorneys for Plaintiffs–Appellants*

# NOTICE TO THE COURT CONCERNING
# PLAINTIFF–APPELLANT YIFAN SHEN

Plaintiff Yifan Shen, through undersigned counsel, writes to inform the Court that the closing on her contracted-for home has been postponed from December 2023 to February 2, 2024. Nevertheless, Plaintiff Shen and the other Plaintiffs still urgently require this Court's relief for the reasons set forth in their Time-Sensitive Motion for an Injunction Pending Appeal and Unopposed Motion for an Expedited Appeal, *see* Dkt. Nos. 4-1 & 48, and their appeal from the district court's denial of their motion for a preliminary injunction, *see* Dkt. Nos. 38 & 51—including the substantial risk of prosecution of Plaintiff Xu, *see* Dkt. No. 53; Plaintiff Liu's inability to proceed with a home purchase; Multi-Choice Realty's ongoing loss of business; and the fact that SB 264's deadline for Chinese domiciliaries to register their property with the State of Florida is December 31, 2023.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Ashley Gorski*

Keliang (Clay) Zhu
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer
**QUINN EMANUEL URQUHART &**

Ashley Gorski
Patrick Toomey
Shaiba Rather
Omar Jadwat
Sidra Mahfooz
Noor Zafar
**AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION**
125 Broad Street, 18th Floor

<div style="column-count:2">

SULLIVAN, LLP  
1300 I Street NW, 9th Floor  
Washington, D.C. 20005  
(202) 538-8000  
derekshaffer@quinnemanuel.com  

Bethany Y. Li  
Elizabeth Koo  
Razeen Zaman  
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**  
99 Hudson Street, 12th Floor  
New York, NY 10013  
(212) 966-5932  
bli@aaldef.org  

Nicholas L.V. Warren  
**ACLU FOUNDATION OF FLORIDA**  
336 East College Avenue, Suite 203  
Tallahassee, FL 32301  
(786) 363-1769  
nwarren@aclufl.org  

New York, NY 10004  
(212) 549-2500  
agorski@aclu.org  

Cody Wofsy  
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**  
39 Drumm Street  
San Francisco, CA 94111  
(415) 343-0770  
cwofsy@aclu.org  

Daniel B. Tilley  
**ACLU FOUNDATION OF FLORIDA**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2707  
dtilley@aclufl.org  

</div>

*Attorneys for Plaintiffs–Appellants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, the foregoing was filed electronically with the Clerk of Court through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

Dated: December 21, 2023              */s/ Ashley Gorski*
                                      Ashley Gorski
                                      American Civil Liberties Union
                                        Foundation

                                      *Attorney for Plaintiffs–Appellants*