**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  In Replying Give Number
Clerk  Of Case and Names of Parties

January 18, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **April 15, 2024, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---
*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #14.*

| Case No. | Case |
|---|---|
| 21-10965 | Gregory Gaffney v. Secretary, Florida Dept. of Corrections, et al. |
| 20-13682 | United States v. Jimmy Lightsey |
| 22-13024 | Richard Cotromano, et al. v. Raytheon Technologies Corporation (REVISED ARGUMENT DATE) |
| 22-12936 | TB Foods USA, LLC v. American Mariculture, Inc., et al. (REVISED ARGUMENT DATE) |
| 23-11130 | Shelley Carrier v. Jest Operating, Inc., et al. (REVISED ARGUMENT DATE) |
| 22-12078 | United States v. Joseph Lusk (REVISED ARGUMENT DATE) |
| 23-10922 | Tramontina U.S.A., Inc., et al. v. Sydney Silverman |
| 23-10126 | North American Sugar Industries, Inc. v. Xinjiang Goldwind Science & Technology Co., Ltd. et al. |
| 22-14340 | Kevin Juarez-Espana v. U.S. Attorney General |
| 22-13371 | United States v. Jason Lopez |
| 23-10170 | PayCargo, LLC v. CargoSprint LLC, et al. |
| 22-10963 | Bruce Jacobs v. JP Morgan Chase Bank N.A. (REVISED ARGUMENT DATE) |
| 22-11437 | Federal Election Commission v. David Rivera |
| 22-12988 | United States v. Derrick Morley |
| 23-12737 | Yifan Shen, et al. v. Commissioner, Florida Department of Agriculture and Consumer Services, et al. |