No. 23-12737

# In the United States Court of Appeals for the Eleventh Circuit

YIFAN SHEN, ET AL.,
*Plaintiffs-Appellants,*

v.

COMMISSIONER, FLORIDA DEPARTMENT OF AGRICULTURE, ET AL.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-00208-AW-MAF

**MOTION TO WITHDRAW AS COUNSEL**

January 16, 2025

DANIEL E. NORDBY
Shutts & Bowen LLP
215 South Monroe Street, Suite 804
Tallahassee, FL 32301
(850) 241-1725
*dnordby@shutts.com*

*Counsel for Defendants-Appellees*

ASHLEY MOODY
*Attorney General of Florida*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
NATHAN A. FORRESTER
  *Senior Deputy Solicitor General*
DAVID M. COSTELLO
  *Deputy Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Shen v. Commissioner*
*Eleventh Circuit Case No. 23-12737*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants certify that, to the best of their knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. American Civil Liberties Union Foundation,

2. American Civil Liberties Union Foundation of Florida,

3. Anti-Racism Center of LMU Loyola Law School,

4. Aoki Center for Critical Race and Nation Studies at UC Davis School of Law,

5. Arkansas, State of,

6. Asian Americans Advancing Justice – Asian Law Caucus,

7. Asian Americans Advancing Justice – Atlanta,

8. Asian American Legal Defense & Education Fund,

9. Asian American Women's Political Initiative,

10. Asian Law Alliance,

11. Asian Pacific American Bar Association of Tampa Bay,

12. Bailey, Andrew,

13. Bell, Daniel W.,

14. Boston University Center for Antiracist Research,

15. Butler, Steve,

16. Carr, Christopher M.,

17. Center for Civil Rights and Racial Justice at the University of Pittsburgh School of Law,

18. Center for Immigration Law, Policy and Justice at Rutgers Law School,

19. Center on Race, Inequality, and the Law at New York University School of Law,

20. Chang, Robert Seungchul,

21. Chin, Gabriel J.,

22. Chinese for Affirmative Action,

23. Clarke, Kristen,

24. Conference of Asian Pacific American Law Faculty,

25. Coody, Jason R.,

26. Costello, David M.,

27. Cuison-Villazor, Rose,

28. DeHeng Law Group, PC,

29. Fitch, Lynn,

30. Fitzgerald, Patricia,

31. Fitzpatrick, Martin A.,

32. Florida Office of the Attorney General,

33. Formella, John M.,

34. Forrester, Nathan A.,

35. Fred T. Korematsu Center for Law and Equality at Seattle University School of Law,

36. Georgia, State of,

37. Gorski, Ashley Marie,

38. Griffin, Tim,

39. Handberg, Roger B.,

40. Harwell, Jr., Lacy R.,

41. Hispanic National Bar Association,

42. Idaho, State of,

43. Indiana, State of,

44. Jackley, Marty J.,

45. Jacobs, Arthur, I.,

46. Jadwat, Omar,

47. Japanese American Citizens League,

48. Jarwala, Alisha,

49. Kelly, J. Alex,

50. Knudsen, Austin,

51. Koo, Elizabeth L.,

52. Labrador, Raúl R.,

53. LaPointe, Markenzy,

54. Larizza, R.J.,

55. Latino Justice PRLDEF,

56. Lee, Dexter,

57. Li, Bethany Yue-Ping,

58. Liu, Yongxin,

59. Longfield, Timothy J.,

60. Maurer, Michael S.,

61. Mahfooz, Sidra,

62. Mississippi, State of,

63. Missouri, State of,

64. Montana, State of,

65. Moody, Ashley,

66. Multi-Choice Realty, LLC,

67. National Asian Pacific American Bar Association,

68. New Hampshire, State of,

69. Nordby, Daniel E.,

70. North Dakota, State of,

71. Pagnucco, Carrie,

72. Quinn Emanuel Urquhart & Sullivan, LLP,

73. Rather, Shaiba,

74. Reyes, Sean,

75. Rodriguez, Madeleine Kristine,

76. Rokita, Theodore E.,

77. Rundle, Katherine Fernandez,

78. Sayler, Erik Louis,

79. Schenck, Robert S.,

80. Shaffer, Derek Lawrence,

81. Shen, Yifan,

82. Shutts & Bowen, LLP,

83. Simpson, Wilton,

84. Song, Jian,

85. South Asian Bar Association of North America,

86. South Carolina, State of,

87. South Dakota, State of,

88. Taitz, Sarah Michelle,

89. Tang, Haiyan,

90. Tilley, Daniel Boaz,

91. Toomey, Patrick Christopher,

92. Turner, Joshua Nathaniel,

93. U.S. Department of Justice,

94. Utah, State of,

95. Wang, Xinxi,

96. Warren, Nicholas,

97. Whitaker, Henry C.,

98. Wilson, Alan,

99. Winsor, Honorable Allen C.,

100. Wofsy, Cody H.,

101. Wold, Theodore, J.,

102. Worrell, Monique,

103. Wrigley, Drew H.,

104. Xu, Zhiming,

105. Zafar, Noor,

106. Zaman, Razeen J.,

107.  Zhu, Keliang

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

## MOTION TO WITHDRAW AS COUNSEL

I, Henry C. Whitaker, respectfully request leave to withdraw as counsel for defendants-appellees, the Chair of the Florida Real Estate Commission, Commissioner of the Florida Department of Agriculture and Consumer Services, and Secretary of the Florida Department of Economic Opportunity. I will be leaving the Office of the Attorney General on January 16, 2025. The defendants-appellees will continue to be represented by Daniel Bell, Nathan Forrester, David Costello, and Robert Schenck.

Dated: January 16, 2025

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*

DANIEL E. NORDBY
Shutts & Bowen LLP
215 South Monroe Street, Suite 804
Tallahassee, FL 32301
(850) 241-1725
*dnordby@shutts.com*

*Counsel for Defendants-Appellees*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
NATHAN A. FORRESTER
  *Senior Deputy Solicitor General*
DAVID M. COSTELLO
  *Deputy Solicitor General*
ROBERT S. SCHENCK
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendants-Appellees*

2

## CERTIFICATE OF SERVICE

I certify that on January 16, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General
