# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12737

_____

YIFAN SHEN,
ZHIMING XU,
indviduals,
XINXI WANG,
YONGXIN LIU,
an individual,
MULTI-CHOICE REALTY LLC,
a Limited Liability Corporation,

                                            Plaintiffs-Appellants,

*versus*

COMMISSIONER, FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
SECRETARY, FLORIDA DEPARTMENT OF ECONOMIC OPPORTUNITY,
CHAIR, FLORIDA REAL ESTATE COMMISSION,
STATE ATTORNEY, 7TH JUDICIAL CIRCUIT,

2                  Order of the Court                  23-12737

STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00208-AW-MAF

_____

ORDER:

       Henry C. Whitaker's motion to withdraw as counsel for the Appellees is GRANTED.

                                         DAVID J. SMITH
                             Clerk of the United States Court of
                               Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION