# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12737
_____

YIFAN SHEN,
ZHIMING XU,
   indviduals,
XINXI WANG,
YONGXIN LIU,
   an individual,
MULTI-CHOICE REALTY LLC,
   a Limited Liability Corporation,

                                                                        *Plaintiffs-Appellants,*

versus

COMMISSIONER, FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER SERVICES,
SECRETARY, FLORIDA DEPARTMENT OF ECONOMIC
OPPORTUNITY,
CHAIR, FLORIDA REAL ESTATE COMMISSION,
STATE ATTORNEY, 7TH JUDICIAL CIRCUIT,
STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

                                                                        *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00208-AW-MAF

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 4, 2025

For the Court: DAVID J. SMITH, Clerk of Court